**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00086-CR
No. 05-14-00087-CR

**JOSEPH JULIAN GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82353-2012, 219-81886-2013**

## ORDER

We **GRANT** Official Court Reporter Indu Bailey's June 11, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE